52

United States District Court
Southern District of Texas
FILED

JUN 25 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO OLVERA and | § | CIVIL ACTION NO. B-92-051 |
| MARIA OLVERA, Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| ANTONIO ARRIAGA, | § | |
| D/B/A ARRIAGA CONSTRUCTION | § | |
| & SUPPLIES, D/B/A ARRIAGA'S | § | |
| CONSTRUCTION, and | § | |
| | § | |
| FARMERS HOME ADMINISTRATION, | § | |
| Defendants | | |

## ORDER IMPOSING SANCTIONS AGAINST DEFENDANT ANTONIO ARRIAGA

This cause came on for hearing on March 13, 1998, on a Order for Defendant Antonio Arriaga to Show Cause why the Court should not impose sanctions against Defendant Antonio Arriaga.

Defendant Antonio Arriaga appeared in person, with his attorney. At the hearing, Defendant Arriaga tendered to the Plaintiffs the $2,200.00 settlement amount which he had previously failed to pay.

The Court finds that it is appropriate to impose a sanction upon Defendant Arriaga for failing to comply with the settlement agreement until after additional papers were filed with the Court.

The Court finds that Defendant intentionally failed to pay the $2,200.00 within a

1

reasonable time, contrary to his agreement at the Rule 16 pretrial settlement conference on or about February 24, 1997; and that, accordingly, the Defendant failed to participate in good faith in the pretrial settlement conference; and furthermore, by his failure to pay the settlement money to the Plaintiffs within a reasonable time, caused additional court proceedings and expenditure of attorney time.

The Court finds that the following orders are just and appropriate under the circumstances:

The Court hereby ORDERS Defendant Antonio Arriaga to pay to the Plaintiffs Roberto and Maria Olvera the sum of $750.00 to compensate them for attorney's fees in enforcing the settlement agreement. The Court further ORDERS Defendant Antonio Arriaga to pay to the Plaintiffs an additional sum consisting of interest on the $2,200.00 at the rate of 7% per annum from February 24, 1997, to March 13, 1997, which sum is $160.75.

SIGNED this 25th day of June, 1998.

HON. STEWART A. NEWBLATT,
UNITED STATES DISTRICT JUDGE

2