53

United States District Court
Southern District of Texas
FILED

JUN 25 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBERTO OLVERA and | § | CIVIL ACTION NO. B-92-051 |
| MARIA OLVERA, Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | |
| ANTONIO ARRIAGA, | § | |
| D/B/A ARRIAGA CONSTRUCTION | § | |
| & SUPPLIES, D/B/A ARRIAGA'S | § | |
| CONSTRUCTION, and | § | |
| | § | |
| FARMERS HOME ADMINISTRATION, | § | |
| Defendants | | |

## JUDGMENT

Plaintiffs Roberto and Maria Olvera filed the above-styled and numbered cause, seeking damages from Defendant Antonio Arriaga under the Texas Deceptive Trade Practices Act, and rescission from Defendant Farmers Home Administration under the Truth in Lending Act.

The parties subsequently settled their respective claims at a pretrial settlement conference.

The Plaintiffs and the Farmers Home Administration, in accordance with the terms of the written settlement agreement into which they have entered, mutually desire to dismiss their respective claims against each other. IT IS THEREFORE ORDERED that the respective causes of action between the Plaintiffs and the Farmers Home

1

Administration shall be and hereby are DISMISSED with prejudice.

Defendant Antonio Arriaga, having paid the settlement money of $2,200.00 to the Plaintiffs only after the Plaintiffs filed a further motion, was sanctioned by the Court, and ordered by the Court to pay to the Plaintiffs an additional sum of $750.00 as attorney's fees for enforcing the settlement agreement, together with interest on the $2,200.00 at the rate of 7% from February 24, 1997, to March 13, 1998, which amount is $160.75.

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that Defendant Antonio Arriaga pay to the Plaintiffs Roberto and Maria Olvera the sum of $910.75, in accordance with the Court's order imposing sanctions. This sum shall bear postjudgment interest at the rate of 5.407 % from today's date until paid.

SIGNED this 25th day of June, 1998.

HON. STEWART A. NEWBLATT,
UNITED STATES DISTRICT JUDGE

2