54

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 18 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBERTO OLVERA and MARIO OLVERA, Plaintiff, | § § § § |
| | § CIVIL ACTION NO. B-92-051 |
| ANTONIO ARRIAGA, D/B/A ARRIAGA CONSTRUCTION & SUPPLIES, D/B/A/ ARRIAGA'S CONSTRUCTION, and | § § § § § |
| FARMERS HOME ADMINISTRATION Defendants | § § |

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled cause having been paid or otherwise settled through compromise, it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court in the cause and that as to **ROBERTO OLVERA and Maria Olvera,** be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

BY: _____
JOE MIRSKY
Assistant United States Attorney
Chief, Financial Litigation Unit
State Bar No. 14202000
P. O. Box 61129
Houston, TX. 77208-1129
Phone: (713) 567-9513
Fax: (713) 718-3391

DATE: January 12, 2001